MLM:EJM
F. #2006R00524

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MIZANUR RAHMAN,

    Defendant.

- - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 07-745 (NG)
(T. 18, U.S.C., §§ 1349
and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

## INTRODUCTION

At all times relevant to this Information:

1. New Generation Funding ("NGF"), located at 108-18 Queens Boulevard, Queens, New York and 72-28 Broadway, Jackson Heights, New York, held itself out as a mortgage broker. The defendant MIZANUR RAHMAN was a partner and loan officer at NGF who worked to process and secure mortgages for home buyers.

2. NSC Servicing ("NSC"), located at 243 West Post Road, White Plains, New York, held itself out as a holder and servicer of existing mortgages. NSC presented payoff letters to mortgage lenders at real estate closings, falsely claiming to be the holder of mortgages on properties being sold, and depositing payments from the proceeds of the new mortgages. The defendant MIZANUR RAHMAN was a founder and principal of this company.

3. BNC Mortgage Company ("BNC") was a mortgage banking company that received mortgage applications at an office located in Irvine, California. BNC was a wholly-owned subsidiary

2

of Lehman Brothers Bank, FSB ("Lehman Brothers"), a federally chartered bank, the deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

4. Fremont Investment and Loan ("Fremont") was a mortgage banking company that received mortgage applications at an office located in Brea, California. Fremont was a wholly-owned subsidiary of Fremont General Corporation, a federally chartered bank, the deposits of which were insured by the FDIC.

5. Long Beach Mortgage Company ("Long Beach") was a mortgage banking company that received mortgage applications at an office located in Seattle, Washington. Long Beach was a division of Washington Mutual Bank, a federally chartered bank, the deposits of which were insured by the FDIC.

6. Aurora Loan Services ("Aurora") was a mortgage banking company that received mortgage applications at an office located in Littleton, Colorado. Aurora was a wholly-owned subsidiary of Lehman Brothers, a federally chartered bank, the deposits of which were insured by the FDIC.

7. The defendant MIZANUR RAHMAN, together with others at NGF, submitted mortgage applications on behalf of home buyers to financial institutions, knowing that the applications contained false credit information, including false identity information, false earnings information and false employment information. Relying upon the false credit information, financial institutions granted mortgages to these buyers.

8. The defendant MIZANUR RAHMAN, together with others

at NGF, submitted mortgage applications on behalf of home buyers to financial institutions, knowing that properties were identified falsely on the applications as primary residences. Relying upon this false information, financial institutions granted mortgages for 100 percent of the value of the properties, with no down payment required.

9.   The defendant MIZANUR RAHMAN, together with others at NGF, employed straw buyers to present false personal identity information and false identification documents at property closings and sign mortgage and real estate transfer documents under false identities.

10.   The straw buyers employed by the defendant MIZANUR RAHMAN, together with others at NGF, in many cases, failed to make the required loan and mortgage payments to financial institutions.

11.   The defendant MIZANUR RAHMAN, together with others at NSC, prepared fraudulent payoff letters, falsely claiming that NSC was the holder of mortgages on properties being sold, to induce payments from financial institutions providing mortgages to the properties' buyers.  Relying on these false representations, financial institutions disbursed mortgage funds to NSC.

## BANK FRAUD CONSPIRACY

12.   The allegations in paragraphs one through eleven are realleged and incorporated as if fully set forth in this paragraph.

13. On or about and between September 23, 2005 and April 19, 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MIZANUR RAHMAN, together with others, did knowingly and intentionally conspire to execute a scheme and artifice to defraud financial institutions, to wit: BNC Mortgage Company, Fremont Investment and Loan, Long Beach Mortgage Company and Aurora Loan Services, and to obtain moneys, funds and credits owned by and under the custody and control of said financial institutions, by means of materially false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK